UNITED STATES DISTRICT COURT
District of Minnesota

CR 18-42 PJS/HB

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 1201(a)(1) |
| v. | |
| DONTAY LAVARICE REESE, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Kidnapping)

On or about August 6, 2017, in the State and District of Minnesota, the defendant,

**DONTAY LAVARICE REESE,**

did willfully and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away T.M., and otherwise held her for his own benefit and purpose, and, in committing or in furtherance of the commission of the offense did willfully transport T.M. in interstate and foreign commerce from Minnesota to Wisconsin, all in violation of Title 18, United States Code, Section 1201(a)(1).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY             FOREPERSON



SCANNED
FEB 21 2018
U.S. DISTRICT COURT MPLS