# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MINUTES - Motions Hearing

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Patrick J. Schiltz |
| | U.S. District Judge |
| v. | |
| Dontay Lavarice Reese, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 18-CR-0042 (PJS/HB) |
| Date: | March 27, 2019 |
| Court Reporter: | Debra Beauvais |
| Courthouse: | Minneapolis |
| Courtroom: | 14E |
| Time Commenced: | 9:02 a.m. |
| Time Concluded: | 11:05 a.m. |
| Sealed Hearing Time: | 9:08 a.m. – 10:08 a.m. |
| Time in Court: | 2 Hours & 3 Minutes |

## APPEARANCES:

Plaintiff:   Angela Munoz-Kaphing, John Docherty, Assistant U.S. Attorney
Defendant:   Robert Richman   ☐ FPD ☒ CJA ☐ Retained ☐ Appointed

Interpreter / Language:  /

## MINUTES:

For the reasons stated on the record, Motion for Withdrawal of Counsel [111] is GRANTED; Pro Se Motion to Proceed Pro Se [117] is GRANTED; Pro Se Request to Withdraw Guilty Plea [109] is DENIED.

s/C. Glover<br>Signature of Courtroom Deputy